Hany A. ZOHDY, Plaintiff–Appellant,

v.

Charles B. PLATSMIER, Louisiana Chief Disciplinary Counsel; Louisiana Disciplinary Board; The Supreme Court of Louisiana, In Its Supervisory Capacity, Defendants–Appellees.

No. 05–31122.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 2, 2006.

Hany A. Zohdy, Law Offices of Hany Zohdy, Oakton, VA, pro se.

David Glen Sanders, Assistant Attorney General, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

For the reasons explained by the magistrate judge, defendant Plattsmier is entitled to prosecutorial immunity and the other defendants are entitled to state sovereign immunity.

AFFIRMED. *See* 5TH CIR. R. 47.6

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be